IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

RIVERS EDGE MINING, INC.,

        Plaintiff,

v.                                          CIVIL ACTION NO.  2:07-cv-00131

GEORGE M. PETERS,

        Defendant.

**ORDER**

In accordance with the accompanying order denying the plaintiff's motion for a preliminary injunction, the court **ORDERS** that judgment be entered in favor of the defendant, and that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

                ENTER:        March 14, 2007

                JOSEPH R. GOODWIN
                UNITED STATES DISTRICT JUDGE